454 A.2d 175

Greer v. Penn Central & Baltimore & Ohio Railroad.

Appeal of: Richard Greer.

Argued October 5, 1981. Alexander Zdrok, for appellant; John A. Shrader, for appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Eugene Gelfand is affirmed.

454 A.2d 175

Kendralla v. Gapen, Appellants.

Petition for Allowance of Appeal
Denied May 4, 1983.

Argued May 19, 1982. John Hook, Jr., for appellants; John A. Stets, for appellees.

Before HESTER, McEWEN and JOHNSON, JJ.

Order affirmed.